IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 08-cv-01829-BNB

LAURA LOBOZZO,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
LA VISTA CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, Individually and in his capacity as Director of the Colorado
    Department of Corrections,
SUSAN JONES, Individually and in her capacity as Warden of La Vista Correctional
    Facility,
GARY GOLDER, Individually and in his capacity as an administrator of the Colorado
    Department of Corrections,
LARRY REID, Individually and in his capacity as Warden of La Vista Correctional
    Facility,
JAMES E. ABBOTT, Individually and in his capacity as an administrator of the Colorado
    Department of Corrections,
ANTHONY MARTINEZ,
JOHN DOES I-X, and
JANE DOES I-X,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 30, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01829

Thomas A. Barnes, Jr.
Attorney at Law
DELIVERED ELECTRONICALLY


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10/1/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk