IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01829-RPM-MJW

LAURA LOBOZZO,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
LA VISTA CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, Individually and in his capacity as Director of the Colorado
    Department of Corrections,
SUSAN JONES, Individually and in her capacity as Warden of La Vista Correctional
    Facility,
GARY GOLDER, Individually and in his capacity as an administrator of the Colorado
    Department of Corrections,
LARRY REID, Individually and in his capacity as Warden of La Vista Correctional
    Facility,
JAMES E. ABBOTT, Individually and in his capacity as an administrator of the Colorado
    Department of Corrections,
ANTHONY MARTINEZ,
JOHN DOES I-X, and
JANE DOES I-X,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: October 6, 2008

BY THE COURT:

s/Richard P. Matsch

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01829-RPM-MJW

Thomas A. Barnes, Jr.
Attorney at Law
DELIVERED ELECTRONICALLY

Colorado Department of Corrections, La Vista Correctional Facility, Aristedes W. Zavaras, Susan Jones, Gary Golder, Larry Reid, James E. Abbott, Anthony Martinez- **WAIVER\***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Colorado Department of Corrections, La Vista Correctional Facility, Aristedes W. Zavaras, Susan Jones, Gary Golder, Larry Reid, James E. Abbott, Anthony Martinez, and to John Suthers: AMENDED COMPLAINT FILED 08/27/08, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/9/08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk