IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01829-RPM

LAURA LOBOZZO,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
LA VISTA CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, Individually and in his capacity as Director of the Colorado Department of Corrections,
SUSAN JONES, Individually and in her capacity as Warden of La Vista Correctional Facility,
GARY GOLDER, Individually and in his capacity as an administrator of the Colorado Department of Corrections,
LARRY REID, Individually and in his capacity as Warden of La Vista Correctional Facility,
JAMES E. ABBOTT, Individually and in his capacity as an administrator of the Colorado Department of Corrections,
ANTHONY MARTINEZ,
JOHN DOES I-X, and
JANE DOES I-X,

    Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 19, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 12, 2009.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: January 29, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge