IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01829-RPM-MJW

LAURA LOBOZZO,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
LA VISTA CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS, Individually and in his capacity as Director of the Colorado Department of Corrections,
SUSAN JONES, Individually and in her capacity as Warden of La Vista Correctional Facility,
GARY GOLDER, Individually and in his capacity as an administrator of the Colorado Department of Corrections,
LARRY REID, Individually and in his capacity as Warden of La Vista Correctional Facility,
JAMES E. ABBOTT, Individually and in his capacity as an administrator of the Colorado Department of Corrections,
ANTHONY MARTINEZ,
JOHN DOES I-X, and
JANE DOES I-X,

    Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

    Pursuant to the motion and order allowing Thomas A. Barnes, Jr., to withdraw as counsel for the plaintiff, it is

    ORDERED that this Court's order to show cause entered on June 2, 2009, is discharged.

    Dated: June 5th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge