IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01829-RPM-MJW

LAURA LOBOZZO,

     Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS; et. al.

     Defendants.

_____

**ORDER RE: DEFENDANTS' MOTION FOR CLARIFICATION, OR IN THE
ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO SUBMIT REBUTTAL
EXPERT REPORT**
_____

     Upon review of the Motion for Clarification of the Scheduling Order deadlines, or, in the

alternative Motion for Extension of Time to Submit Rebuttal Expert Report [48], it is

     ORDERED that the motion is granted. All rebuttal experts and rebuttal reports are due on or

before September 1, 2009.

     DATED THIS 16TH DAY OF July 2009.

             BY THE COURT:

             s/Richard P. Matsch
             _____
             Richard P. Matsch, Senior District Judge