IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01829-RPM-MJW

LAURA LOBOZZO,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS; et. al.

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION TO ALLOW DEPOSITION OF INMATE LAURA LOBOZZO PURSUANT TO FED. R. CIV. P. 30(a)(2)**

---

Upon consideration of Defendants' Motion for an Order Allowing the Deposition of Inmate Laura Lobozzo according to Fed. R. Civ. P. 30(a)(2), [50], it is

ORDERED that defendants are hereby permitted to take the deposition of Inmate Laura Lobozzo at the Women's Correctional Center on September 15, 2009 commencing at 9:00 a.m.

DONE ON THIS 8th DAY OF SEPTEMBER 2009.

                                                 BY THE COURT:

                                                 s/Richard P. Matsch

                                                 _____

                                                 Richard P. Matsch, Senior District Judge