**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 25, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 08-cv-01829-RPM

| | |
|---|---|
| LAURA LOBOZZO, | Christopher L. Ingold. |
| Plaintiff, | |
| v. | |
| THE COLORADO DEPARTMENT OF CORRECTIONS, | Edmund M. Kennedy |
| LA VISTA CORRECTIONAL FACILITY, | |
| ARISTEDES W. ZAVARAS, | |
| Individually and in his capacity as Director of the Colorado | |
| Department of Corrections, | |
| SUSAN JONES, Individually and | |
| in her capacity as Warden of La Vista Correctional Facility, | |
| GARY GOLDER, Individually and | |
| in his capacity as an administrator of the | |
| Colorado Department of Corrections, | |
| LARRY REID, Individually and | |
| in his capacity as Warden of La Vista Correctional Facility, | |
| JAMES E. ABBOTT, Individually and | |
| in his capacity as an administrator of the | |
| Colorado Department of Corrections, | |
| ANTHONY MARTINEZ, | |
| JOHN DOES I-X, and | |
| JANE DOES I-X, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Protective Order**

**2:00 p.m.     Court in session.**

Court's preliminary remarks.

Counsel answers questions asked by the Court.

September 24, 2009
08-cv-01829-RPM

**ORDERED:**  **Motion for Protective Order and Request for Expedited Ruling From Defendants Zavaras, Jones, Golder, Reid and Abbott, filed September 11, 2009 [52], is granted pursuant to rulings made on record.**

**Discovery deadline is extended 30 days to October 26, 2009.**

Mr. Ingold states he will be lead counsel.

**2:10 p.m.**  **Court in recess.**

Hearing concluded.  Total time: 10 min.