IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 28, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-01829-RPM

LAURA LOBOZZO,                                                  Christopher L. Ingold.
                                                                             Andrea L. Blanscet

      Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,          Edmund M. Kennedy
LA VISTA CORRECTIONAL FACILITY,
ARISTEDES W. ZAVARAS,
Individually and in his capacity as Director of the Colorado
Department of Corrections,
SUSAN JONES, Individually and
in her capacity as Warden of La Vista Correctional Facility,
GARY GOLDER, Individually and
in his capacity as an administrator of the
Colorado Department of Corrections,
LARRY REID, Individually and
in his capacity as Warden of La Vista Correctional Facility,
JAMES E. ABBOTT, Individually and
in his capacity as an administrator of the
Colorado Department of Corrections, and
ANTHONY MARTINEZ,

      Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**2:01 p.m.**     **Court in session.**

Court's preliminary remarks.

Mr. Ingold answers questions asked by the Court regarding bankruptcy filing, voluntary dismissals and case facts.

July 28, 2010
08-cv-01829-RPM

**Mr. Ingold states as a result of the bankruptcy discharge Anthony Martinez can be dismissed and agrees that the Colorado D.O.C. and the La Vista Correctional Facility can also be dismissed.**

**ORDERED:** **Defendants Anthony Martinez, Colorado Department of Corrections and La Vista Correctional Facility are dismissed.**

2:18 p.m.   Argument by Mr. Kennedy.
2:29 P.M.   Argument by Mr. Ingold.

**ORDERED:** **Defendant Zavaras, Jones, Golder, Reid and Abbot's Motion for Summary Judgment, filed November 5, 2009 [62], is granted based on qualified immunity.**

**2:40 p.m.   Court in recess.**

Hearing concluded. Total time: 39 min.